Our File: 101-7850

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VICTORIA LABANAUSKAITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 10-261 |
| ) | |
| TRYONE L. STEWART and PREMIER ) | |
| TRANSPORTATION, ) | |
| ) | |
| Defendants. ) | |

**<u>NOTICE OF REMOVAL</u>**

Defendants, TYRONE L. STEWART and PREMIER TRANSPORTATION, pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, hereby give notice of the removal of this cause of action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division, and in support thereof, state:

1. On December 1, 2009, Plaintiff filed the above-captioned lawsuit in the Circuit Court of Cook County, as case number 09 L 062056. A copy of the Complaint is attached hereto as Exhibit A.

2. On or about December 23, 2009 Defendant PREMIER CORPORATION's insurance adjuster received the Summons and Complaint by mail. (Exhibit B).

3. The deadline within which defendants were allowed to Appear has been extended by plaintiff to and including January 28, 2010. (Exhibit C)

4. No other proceedings have been held in the state court.

5. Upon information and belief, Plaintiff VICTORIA LABANAUSKAITE is a resident and citizen of the State of Illinois. (See attached police report, Exhibit D).

6. Defendant TYRONE L. STEWART is a resident and citizen of the State of Michigan.

7. Defendant PREMIER TRANSPORTATION is a corporation organized and incorporated under the laws of the State of Georgia with its principal place of business in the State of Georgia.

8. There is diversity of citizenship between the plaintiffs and defendants.

9. The amount in controversy as contained in the plaintiff's prayer for relief exceeds $75,000, exclusive of interest and costs.

10. This court has original jurisdiction over the above-captioned lawsuit pursuant to 28 U.S.C. § 1332(a), and therefore this action may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 28 U.S.C. 1446.

11. All defendants consent to the removal of this action to the United States District Court for the Northern District of Illinois, Eastern Division.

12. Defendants will give written notice of the filing of this Notice as required by 28 U.S.C. § 1446(d).

13. A copy of this Notice will be filed with the Clerk of the Circuit Court of Cook County, Illinois as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants request that this action proceed in this Court as an action properly removed to it.

/s/Harvey A. Paulsen
Attorney for Defendants

PAULSEN, MALEC & MALARTSIK, LTD.
1761 South Naperville Road
Suite 202
Wheaton, Illinois 60189
630/871-1414

2

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that a true and correct copy of the above foregoing Notice of Removal was served upon the following by United States Mail, postage paid, this 14th day of January, 2010:

Masha A. Chepov
Chepov & Scott, LLP
Attorney for Plaintiff
5440 N. Cumberland Ave.
Suite 150
Chicago, Illinois 60656

                                                  /s/Harvey A. Paulsen