State of Illinois )
               ) SS                                    Our File: 08-178
County of Cook )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| VICTORIA LABANAUSKAITE, ) | |
|         Plaintiff, ) | |
| v. ) | No. |
| ) | Amount Claimed: In excess of $100,000.00 |
| TYRONE L. STEWART and ) | |
| PREMIER TRANSPORTATION, ) | |
|         Defendants. ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, VICTORIA LABANAUSKAITE, by and through her attorneys, CHEPOV & SCOTT, LLC., and in complaining against the Defendants, the Plaintiff states as follows:

1. At all relevant times, Interstate 94 was a public roadway running north and south in the City of Northfield, County of Cook, State of Illinois.

2. On or about May 19, 2008, at approximately 2:15 p.m., TYRONE L. STEWART, operated, managed, maintained and controlled a motor vehicle traveling southbound on I-94, south of Lake Cook Road.

3. On said date, the motor vehicle operated by TYRONE L. STEWART was owned and/or controlled by PREMIER TRANSPORTATION.

4. On said date, and at the time of the accident, TYRONE L. STEWART was an employee of PREMIER TRANSPORTATION.

5. On said date, and at the time of the accident, TYRONE L. STEWART was acting as the agent of PREMIER TRANSPORTATION and within the scope of his employment.

6. On said date, and at the time of the accident, VICTORIA LABANAUSKAITE owned, operated, managed, maintained and controlled a motor vehicle traveling southbound on I-94.

7. On said date, TYRONE L. STEWART had a duty to act with reasonable care and not to expose the plaintiff to an unreasonable risk of injury or harm.

8. At the time of the accident, the vehicle operated by TYRONE L. STEWART struck the rear side of the Plaintiff's vehicle.

9. The Defendant was negligent in one or more of the following respects:

a) Negligently and carelessly failed to keep a proper lookout for other vehicles upon said roadway;

b) Negligently and carelessly failed to keep said vehicle under sufficient and proper control;

c) Proceeded at a speed which was greater than reasonable with regard to the traffic conditions and the use of the roadway and which endangered the safety of person or property, in violation of 625 ILCS 5/11-601(a);

d) Failed to decrease speed to avoid colliding with another vehicle when on a roadway, in violation of 625 ILCS 5/11-601(a);

e) Followed more closely than reasonable and prudent, in violation of 625 ILCS 5/11-710;

10. As a direct and proximate result of one or more of these negligent acts and or omission of the Defendant, VICTORIA LABANAUSKAITE has suffered and will continue to suffer injuries of a personal and pecuniary nature.

WHEREFORE, the Plaintiff, VICTORIA LABANAUSKAITE, demands judgment against the Defendant, TYRONE L. STEWART, in an amount in excess of ONE HUNDRED THOUSAND DOLLARS ($100,000.00), plus costs, and any other relief this Court deems equitable and just.

_____
Daniel P. Scott

**CHEPOV & SCOTT, LLC**
5440 North Cumberland, Suite 150
Chicago, Illinois 60656
(773) 714-1300
Firm ID: 31021

State of Illinois )
                ) SS                                           Our File: 08-178
County of Cook )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| VICTORIA LABANAUSKAITE, ) | |
|        Plaintiff, ) | |
| v. ) | No. |
| ) | Amount Claimed: In excess of $100,000.00 |
| TYRONE L. STEWART and ) | |
| PREMIER TRANSPORTATION, ) | |
|        Defendants. ) | |

### ILLINOIS SUPREME COURT RULE 222(b) AFFIDAVIT

I, Daniel P. Scott, as attorney for the plaintiff, being first duly sworn on oath, depose and state that the total money damages sought does exceed $100,000.00.

Further, Affiant sayeth naught.

_____
Daniel P. Scott

### Verification by Certification

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

**CHEPOV & SCOTT, LLC**
5440 North Cumberland, Suite 150
Chicago, Illinois 60656
(773) 714-1300
Firm ID: 31021